An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

IKEMEFULA CHARLES IBEABUCHI,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63598

**FILED**

SEP 09 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from a decision finding appellant to be a vexatious litigant. Eighth Judicial District Court, Clark County; Doug Smith, Judge.

Because no statute or court rule permits an appeal from a vexatious litigant determination entered in a criminal case, we lack jurisdiction.[1] *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.[2]

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

---

[1]It appears that if any remedy from the vexatious litigant determination is available in this case it is by an original petition for a writ of prohibition, NRS 34.320; NRAP 21, arguing that the district court has exceeded its jurisdiction in preventing appellant from filing documents collaterally attacking his judgment of conviction. Similarly, the failure to file a post-conviction petition for a writ of habeas corpus submitted by appellant may be challenged in an original petition for a writ of mandamus. *See* NRS 34.160; NRAP 21.

[2]We have considered the proper person documents received in this matter, and we conclude that no relief is warranted for the reason set forth above.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-26566

cc: Hon. Doug Smith, District Judge
Ikemefula Charles Ibeabuchi
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk